Clinton E. Duke (State Bar No. 9784)
Lyndon R. Bradshaw (State Bar No. 15097)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
PO Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Clinton.duke@dentons.com
Lyndon.bradshaw@dentons.com

Douglas P. LaLone (*Pro Hac Vice*)
**FISHERBROYLES, LLP**
400 Renaissance Center, Suite 2600
Detroit, MI 48243
Telephone: 586.871.6302
E-mail: Douglas.lalone@fisherbroyles.com

*Attorneys for Plaintiff AEG*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ACTIVE ENERGY GROUP, PLC<br><br>Plaintiff,<br><br>v.<br><br>PHIL SCALZO AND DANIEL MCCARTHY<br><br>Defendants. | Civil No. 2:23-cv-00141-DBB<br><br>**PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>District Judge David Barlow |

Plaintiff Active Energy Group, PLC ("AEG") moves this Court to permit it to file the First Amended Complaint, in the form attached at Exhibit A. "A party may amend a complaint 'only with the opposing party's written consent or the court's leave.'" *Rains* v. *Westminster College*, No. 2:20-cv-00520, 2022 U.S. Dist. LEXIS 76103, at *4-5 (D. Utah Apr. 26, 2022) quoting FED. R. CIV. P. 15(a)(2). "Courts 'should freely give leave when justice so requires.'" *Id.* "A district

court's decision to grant or deny leave to amend under Rule 15 falls within its discretion." *Id.* citing *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204 (10th Cir. 2006). "Courts may deny leave to amend 'only for reasons such as undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of [the] amendment.' " *Id.* quoting *United States ex rel. Ritchie v. Lockheed Martin Corp.*, 558 F.3d 1161, 1166 (10th Cir. 2009) (alterations in original) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)). "The purpose for this approach is 'to provide litigants the maximum opportunity for each claim to be decided on its merits rather than on procedural niceties.'" *Id.* quoting *Minter*, 451 F.3d at 1204 (internal quotation marks omitted in original).

In its proposed First Amended Complaint, AEG has added certain averments regarding Defendants' collective access to, and use of, the proprietary information at issue. *See* Exhibit A at ¶¶ 22, 28-31, 37, 51, 53, 55-57, 112, 116-120, Requested Relief at (k); Redlined version attached at Exhibit B. Moreover, AEG seeks to add to the Complaint a claim for breach of fiduciary duty (proposed Count VI) as the facts support such a duty and claim. At this time, Defendant Daniel McCarthy's Motion to Dismiss is pending (ECF No. 18), and may be mooted by this Amended Complaint. Further, Defendant has not yet filed an Answer. There has been no unjust delay as the matter is in its initial stages, and there is no undue prejudice to either Defendant by amending at this time. To the contrary, any prejudice for not permitting the First Amended Complaint would only be borne by AEG.

## CONCLUSION

WHEREFORE, for all the reasons stated above, Plaintiff requests this Court permit it to file its First Amended Complaint, in the form attached at Exhibit A.

DATED: July 6, 2023       By: */s/ Douglas P. LaLone*
                                               Clinton E. Duke (9784)
                                               Lyndon R. Bradshaw (15097)
                                               DENTON DURHAM JONES PINEGAR P.C.
                                               111 South Main St., Suite 2400
                                               PO Box 4050
                                               Salt Lake City, UT 84111
                                               Tel.: (801) 415-3000
                                               Fax: (801) 414-3500
                                               Email: clinton.duke@dentons.com
                                               Email: lyndon.bradshaw@dentons.com

                                               Douglas P. LaLone (*Pro Hac Vice*)
                                               **FISHERBROYLES, LLP**
                                               400 Renaissance Center, Suite 2600
                                               Detroit, MI 48243
                                               Telephone: 586.871.6302
                                               E-mail: Douglas.lalone@fisherbroyles.com

                                               *Attorneys for Plaintiff AEG*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 6, 2023, the foregoing was filed using the District of Utah's CM/ECF electronic filing system, which caused the same to be served via electronic mail on all counsel of record.

                                                                         */s/ Douglas P. LaLone*