THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ACTIVE ENERGY GROUP, PLC,<br><br>Plaintiff,<br><br>v.<br><br>PHIL SCALZO and DANIEL MCCARTHY,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00141-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Plaintiff's action is dismissed without prejudice as to Mr. Scalzo pursuant to Rule 41(a)(1)(A)(i). Plaintiff's action is dismissed without prejudice as to Mr. McCarthy pursuant to Rule 41(a)(2), with AEG to pay Mr. McCarthy reasonable attorney's fees in the amount of $31,180.00.  The Clerk of Court is directed to close this case.

Signed August 8, 2024.

BY THE COURT

_____
David Barlow
United States District Judge

1